

```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

              MAR - 4 2011

         CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
    BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>   Plaintiff, )<br>         )<br> v.         )<br>         )<br>$39,6800.00 IN UNITED STATES CURRENCY, )<br>         )<br>   Defendant.     ) | 3:10-cv-431-RCJ-VPC<br><br>DEFAULT |

It appearing from the records in the above-entitled action that the Summons and Warrant of Arrest <u>in Rem</u> issued on the complaint filed on July 15, 2010, has been regularly executed upon the defendant United States currency above-described and the potential claimants hereinafter named have been given notice of the within action as required by law; and it appearing from the records herein that said potential claimants have failed to plead or otherwise defend in said action as required by said Summons and Warrant of Arrest <u>in Rem</u> and provided by the Federal Rules of Civil Procedure.

Now, therefore, on request of counsel for plaintiff, the DEFAULT, as aforesaid, of each of the following is hereby entered:

1. $39,680.00 in United States Currency,

2. James Sirivongsa,

3. Songkham Sirivongsa, and

4. all other persons or entities who claim an interest in the defendant U.S. Currency described above in this action.

DATED: March 4, 2011

UNITED STATES DISTRICT JUDGE