

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> $39,6800.00 IN UNITED STATES CURRENCY,) <br> ) <br> Defendant. ) | 3:10-cv-431-RCJ-VPC <br><br> JUDGMENT OF FORFEITURE |

A verified Complaint for Forfeiture in Rem was filed on July 15, 2010. The Complaint alleges that the defendant U.S. Currency described in the caption, and all of such U.S. Currency, is property which constitutes proceeds traceable to the exchange of controlled substances in violation of Title II of the Controlled Substances Act (21 USC § 801, et seq.) or constitutes money furnished or intended to be furnished by a person in exchange for a controlled substance or listed chemical in violation of Title II of the Controlled Substances Act and is, therefore, subject to forfeiture to the United States of America pursuant to 21 USC § 881(a)(6).

Process was fully issued in this action and returned according to law.

A summons and warrant of arrest in rem was issued by this Court on July 29, 2010. In accordance with the summons and warrant, the defendant property was arrested on August 11, 2010.

Appropriate public notice of this forfeiture action and arrest was given to all persons and entities by publication of an appropriate notice via the official internet government forfeiture site, www.forfeiture.gov, compliant with Rule G(4), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Statutory notice of this action compliant with Rule G(4), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, was given to known prospective claimants, including James Sirivongsa and Songkham Sirivongsa. An Answer (#5) to the complaint was filed jointly on behalf of James Sirivongsa and Songkham Sirivongsa. By Order (#22) entered February 25, 2011, the answer to the complaint was stricken. No other answer or other pleading has been filed by any other person or entity.

Given the Order (#22) striking the answer filed jointly on behalf of James Sirivongsa and Songkham Sirivongsa, the docket now reflects that no person or entity has filed a claim, an answer, or any other responsive pleading within the time permitted by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Default has been entered of the defendant funds, specified individuals and entities, and all other persons or entities who claim an interest in the defendant property.

Now, therefore, good cause appearing, it is hereby ORDERED, ADJUDGED, AND DECREED that Judgment be and is entered against the defendant

$39,680.00 IN UNITED STATES CURRENCY

and against all persons and/or entities, having any interest in such property and that the defendant property be, and the same is, hereby forfeited to the United States of America and no right, title, or interest in the defendant property shall exist in any other party. The defendant property shall be disposed of according to law.

Date: March 4, 2011

_____
UNITED STATES DISTRICT JUDGE